# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.<br><br>Defendant. | Case No. 8:22-cv-01823-JAK<br><br>**ORDER ON JOINT MOTION TO DISMISS (DKT. 44)**<br><br>JS-6 |

Based on a review of the Joint Motion to Dismiss (Dkt. 44) it has been determined that sufficient good cause has been shown for the requested relief. Therefore, the Motion is **GRANTED**. Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff are dismissed without prejudice, with each side to bear its own attorneys' fees, costs and expenses.

Dated: February 3, 2023

_____
JOHN A. KRONSTADT
UNITED STATED DISTRICT JUDGE

1